IN THE SUPREME COURT OF NORTH CAROLINA

No. 124PA15

Filed 18 December 2015

STATE OF NORTH CAROLINA

v.

MICHAEL SCOTT HAMILTON

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, ___ N.C. App. ___, 772 S.E.2d 13 (2015), finding no error in part, but vacating defendant's convictions after appeal from judgments entered on 27 March 2014 by Judge W. Russell Duke, Jr. in Superior Court, Halifax County, remanding for resentencing in part, and ordering that defendant receive a new trial in part. Heard in the Supreme Court on 7 December 2015.

> *Roy Cooper, Attorney General, by Joseph L. Hyde, Assistant Attorney General, for the State-appellant.*

> *Staples S. Hughes, Appellate Defender,*[1] *by Benjamin Dowling-Sendor, Assistant Appellate Defender, for defendant-appellee.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.

---

[1] Defendant's new brief was filed on 29 October 2015. Effective 1 November 2015, Glenn Gerding succeeded Staples S. Hughes as Appellate Defender.